UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLATFORM REAL ESTATE INC.,<br><br>             Plaintiff,<br>  -versus-<br><br>UNITED STATES SECURITIES AND<br>EXCHANGE COMMISSION,<br><br>             Defendant. | 19 Civ. 2575 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     On June 22, 2020, the Court received a voicemail from Hui Feng, counsel for Plaintiff, requesting a hearing or an opportunity to file additional papers with respect to Defendant's pending motion to dismiss the complaint.  The Court will inform the parties in due course if it finds that oral argument would be helpful on the motion to dismiss.  Because the motion is fully briefed, no additional papers may be filed.

**SO ORDERED.**

Dated:  June 23, 2020
       New York, New York

                                                     */s/ Loretta A. Preska*
                                                     LORETTA A. PRESKA, U.S.D.J.