UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PLATFORM REAL ESTATE INC.,

                      Plaintiff,

-against-

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2020

19 CIVIL 2575

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 3, 2020, the Court has considered Platform's other arguments and finds them unavailing. For the foregoing reasons, the SEC's motion to dismiss is GRANTED with prejudice and all pending motions denied as moot; accordingly, this case is closed.

Dated: New York, New York

       August 3, 2020

                                                  RUBY J. KRAJICK

                                                    Clerk of Court

                      BY:

                                                       Deputy Clerk